IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>VITAS HOSPICE SERVICES, L.L.C.,<br>VITAS HEALTHCARE CORPORATION,<br>VITAS CARE SOLUTIONS, INC.,<br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA,<br>VITAS HEALTHCARE CORPORATION OF ILLINOIS,<br>VITAS HEALTHCARE CORPORATION OF FLORIDA,<br>VITAS HEALTHCARE CORPORATION OF OHIO,<br>VITAS HEALTHCARE CORPORATION OF ATLANTIC,<br>VITAS HEALTHCARE OF TEXAS, L.P.,<br>VITAS HEALTHCARE CORPORATION MIDWEST,<br>VITAS HEALTHCARE CORPORATION OF GEORGIA,<br>VITAS HME SOLUTIONS, INC.,<br>VITAS OF NORTH FLORIDA,<br>VITAS HOLDINGS CORPORATION,<br>VITAS RT, INC.,<br>VITAS SOLUTIONS, INC.,<br>HOSPICE CARE INC.,<br>CHEMED CORPORATION, AND<br>COMFORT CARE HOLDINGS CO.,<br><br>　　　　　　　　　　　Defendants. | Case No.　13-0449-CV-BCW |

**UNITED STATES' NOTICE TO WITHDRAW DOCUMENT**

The United States hereby submits this Notice To Withdraw Consent To Dismissal Without Prejudice filed on July 17, 2013 (Doc. 52). The government inadvertently filed the document in this case. The document will be filed in the correct case, *United States of America ex rel. Barbara Urick v. VITAS HME Solutions, Inc., et al.,* Case No. 13-0563-CV-W-BCW.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Lucinda S. Woolery*
Lucinda S. Woolery
Thomas M. Larson
Assistant United States Attorneys

Shana Mintz
Special Assistant United States Attorney
Charles E. Whittaker, Courthouse
400 E. 9th Street
Kansas City, MO 64106
Telephone: 816-426-3122
Facsimile: 816-426-4210
Cindi.Woolery@usdoj.gov
Tom.Larson@usdoj.gov

Michael D. Granston
Renee Brooker
Carolyn B. Tapie
Jenelle Beavers
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-305-3669

ATTORNEYS FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July 2013, a true and correct copy of the foregoing document was filed with the Court using the Courts CM/ECF system and was served upon each attorney of record via ECF notification.

*/s/ Lucinda S. Woolery*
Lucinda S. Woolery
Assistant United States Attorney