| | |
|---|---|
| **From:** | Christina Garland |
| **Sent:** | Thursday, January 18, 2007 6:47 PM |
| **To:** | Ian Viente |
| **Cc:** | Keith Becker |
| **Subject:** | RE: CC Margin |
| **Attachments:** | CC plan 07.doc |

The per diem days were extremely high; with the elevated DOC cost us more money than usual. Janet Burton and I reviewed the month of December and met with Verna, CC manager to develop a plan for improvement. The major problems were skill mix and unfilled shifts. I have attached the plan for improvement.

-----Original Message-----
**From:** Ian Viente
**Sent:** Thursday, January 18, 2007 9:27 AM
**To:** Christina Garland
**Cc:** Keith Becker
**Subject:** CC Margin

Your program's CC margin dropped to (0.3%) in December. Would you give me your thoughts on what caused this drop and what you will be doing to correct this in January. I will need this analysis by the end of the day today.

1

Case 4:13-cv-00449-BCW    Document 63-6    Filed 09/24/13    Page 1 of 2

CONFIDENTIAL                                                    VITAS-BECK-00059104

# Continuous Care Plan for 2007

1. Office meeting Monday January 15, 2007. Go over impact of skill mix, OT, and agency usage. Discuss ways to improve our staffing and over all picture. Importance of transferring pts within 15 minutes of request.

2. Verna will run overtime report/payroll summary on a daily basis and keep the coordinators informed of options when running into overtime.

3. Coordinate with team managers on skill mix. Moving staff around or seeing who has been given notice and see if they can come off early. Send CC daily report to PCA.

4. At the daily staffing meeting ensure the TM OC is aware of patients that have been given 24hr notice of discontinuing CC. This will assist staffing the future off-hour's unfilled shifts with rearrangement of appropriate staff.

5. Review FT/PT staff cancellations daily to ensure obtaining necessary hours by the end of the week versus PTO usage.

6. Look at all PRN activity and move staff accordingly to get PRN staff assigned versus agency.

7. Bi-monthly review of the 7242 report for progress with the PCA.

8. If FT/PT and PRN staff are working hours expected and unfilled shifts remain a problem, review with GM need for more agency contracts.

CONFIDENTIAL

VITAS-BECK-00059105