

# VITAS' Clinical Experts Manage Intensive Comfort Care<sup>SM</sup>

Patients often experience acute physical symptoms when dealing with a terminal illness, as well as emotional, spiritual and psychosocial challenges, that make it difficult for patients to receive care in their residence.

VITAS Intensive Comfort Care<sup>SM</sup> (our brand name for continuous care—one of four levels of care provided under the Medicare Hospice Benefit for terminally ill patients) is for those who choose to stay in their residence.

Components of VITAS Intensive Comfort Care<sup>SM</sup> include:

- Short-term, medically necessary symptom management
- One of the four levels of care recognized by Medicare
- One of two "intensive" levels of care
- Covered 100% by Medicare, and Medicaid in most states
- Shifts of care provided in the home for acute symptom management
- Care provided primarily by a nurse, and can be supplemented by an HHA/CNA
- A plan of care managed daily by an RN

The hospice physician, who is an expert in pain and symptom management, acts as a consultant to the attending physician.

**The criteria for establishing VITAS Intensive Comfort Care<sup>SM</sup> may include any of the following:**

- Uncontrolled pain
- Respiratory distress
- Intractable nausea, vomiting or diarrhea
- Changes in level of consciousness, restlessness, agitation
- Seizures
- Uncontrolled bleeding
- Any other symptom resulting in distress to either the patient or family

Ask your VITAS representative for more information about VITAS Intensive Comfort Care<sup>SM</sup> and other levels of hospice care.


VITAS®
Innovative Hospice Care®

**VITAS can help.**
**Referrals: 1.800.93.VITAS**
www.VITAS.com

© 2007 VITAS Healthcare Corporation
FP-LG018 Rev. 10/07

CONFIDENTIAL    Case 4:13-cv-00449-BCW    Document 63-7    Filed 09/24/13    Page 2 of 2    VITAS-GADD-0000911705