IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:13-cv-00449-BCW |
| | ) | |
| VITAS HOSPICE SERVICES, L.L.C., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW William A. Lynch of the law firm of Husch Blackwell LLP, and, due to his retirement from the practice of law, hereby requests leave to withdraw as counsel of record for Defendants Vitas Hospice Services, L.L.C., Chemed Corporation, Comfort Care Holdings Co., Vitas Healthcare Corporation, Vitas Holdings Corporation, Vitas Healthcare Corporation of California, Vitas Healthcare Corporation of Illinois, Vitas Healthcare Corporation of Florida, Vitas Healthcare Corporation of Ohio, Vitas Healthcare Corporation Atlantic, Vitas Healthcare Corporation Midwest, Vitas Healthcare Corporation of Georgia, Vitas Healthcare of Texas, L.P., Vitas Care Solutions, Inc., Vitas RT, Inc., Vitas Solutions, Inc., Hospice Care Incorporated, Vitas HME Solutions, Inc., and Vitas of North Florida, Inc. (collectively "the Defendants"). All other counsel of record for the Defendants remain as counsel.

Respectfully submitted,

/s/ William A. Lynch
William A. Lynch #25006
Stacey M. Bowman #60778
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Phone: 816-983-8000
Fax: 816-983-8080
william.lynch@huschblackwell.com
stacey.bowman@huschblackwell.com

Peter S. Spivack  *Pro Hac Vice*
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004-1109
Phone: 202-637-5600
Fax: 202-637-5910
peter.spivack@hoganlovells.com

Stephanie L. Carman  *Pro Hac Vice*
HOGAN LOVELLS US LLP
600 Brickell Avenue, 27th Floor
Miami, Florida 33131
Phone: 305-459-6500
Fax: 305-459-6550
stephanie.carman@hoganlovells.com

Harvey M. Tettlebaum #20005
Barbara L. Miltenberger #36635
HUSCH BLACKWELL LLP
235 East High Street, Suite 200
P. O. Box 1251
Jefferson City, Missouri 65101
Phone: 573-635-9118
Fax: 573-634-7854
harvey.tettlebaum@huschblackwell.com
barbara.miltenberger@huschblackwell.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, a true copy of the foregoing to be furnished via CM/ECF to all counsel of record.

                                                  /s/ William A. Lynch