IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:13-CV-00449-BCW |
| VITAS HOSPICE SERVICES, LLC, et al., ) ) ) | |
| Defendants. ) | |

## SECOND AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion for Revised Scheduling Order (Doc. #311). The Court, being duly advised of the premises, and consistent with the telephone conference discussion on March 22, 2016, grants said motion. Accordingly, it is hereby

ORDERED the parties' Joint Motion for Revised Scheduling Order (Doc. #311) is GRANTED. The deadlines, to the extent they are amended below, shall supplant the deadlines previously established. It is further

ORDERED this case is set for trial on **January 8, 2018** at the United States Courthouse in Kansas City, Missouri. It is further

ORDERED this case is set for a final pretrial conference on **November 30, 2017** at **1:30 p.m.** via telephone conference. The Courtroom Deputy shall arrange participation in the conference. Lead trial counsel shall participate. It is further

ORDERED any dispositive motion, except those filed under Fed. R. Civ. P. 12(h)(2) or (3), shall be filed on or before **April 14, 2017**. The parties have agreed to an extended briefing schedule with respect to dispositive motions, such that any dispositive motion shall be fully briefed on or before **June 16, 2017**. It is further

1

ORDERED all motions to strike expert witness designations or to preclude expert testimony premised on Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) shall be filed on or before **January 31, 2017**. The parties have agreed to an extended briefing schedule with respect to motions of this type, such that any Daubert motion shall be fully briefed on or before **March 21, 2017.** It is further

ORDERED all parties shall designate any expert witness they intend to call at trial on or before **May 20, 2016**; rebuttal expert witnesses shall be designated on or before **October 28, 2016**. The parties have further agreed to an expert discovery closure deadline of **December 15, 2016**. It is further

ORDERED, unless otherwise modified above, all procedures and requirements set forth by the original scheduling order (Doc. #65) remain unaltered.

IT IS SO ORDERED.

DATED: March 23, 2016

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT