IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff,        Case No. 13-0449-CV-W-BCW

    v.

VITAS HOSPICE SERVICES, L.L.C., *et al.*,

                  Defendants.

## JOINT AMENDED DESIGNATION OF MEDIATOR

The parties hereby provide notice of the scheduling of the mediation in this civil action:

The mediator will be John Bickerman, Bickerman Dispute Resolution, PLLC, Washington, D.C. The mediation will be held on July 26, 2016 at the offices of Hogan Lovells US LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004.

                                          Respectfully submitted,

                                          BENJAMIN C. MIZER
                                          Principal Deputy Assistant Attorney General

                                          TAMMY DICKINSON
                                          United States Attorney

By:    ***/s/ Lucinda S. Woolery***
          LUCINDA S. WOOLERY
          THOMAS M. LARSON
          Assistant United States Attorneys

          LINDSEY BERAN
          Special Assistant United States Attorney
          Cindi.Woolery@usdoj.gov
          Tom.Larson@usdoj.gov
          Charles E. Whittaker Courthouse
          400 E. 9th Street
          Kansas City, MO 64106
          Telephone: (816) 426-3122
          Facsimile: (816) 426-4210

MICHAEL D. GRANSTON
RENÉE BROOKER
CAROLYN B. TAPIE
JENELLE BEAVERS
WILLIAM E. OLSON
NATALIE A. PRIDDY
SHANA T. MINTZ
ALEXANDER T. POGOZELSKI
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2964
*Attorneys for the United States*

By: ***/s/ Stacey M. Bowman***
STACEY M. BOWMAN
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: (816) 983-4665
stacey.bowman@huschblackwell.com

HARVEY M. TETTLEBAUM
Husch Blackwell LLP – JCMO
P.O. Box 1251
235 E. High St.
Jefferson City, MO 65102
Phone: 573-635-9118
harvey.tettlebaum@huschblackwell.com

PETER SPIVACK
*Pro Hac Vice*
Hogan Lovells US, LLP
555 13th Street NW
Washington, DC 20004-1109
Phone: (202) 637-5600
peter.spivack@hoganlovells.com

STEPHANIE L. CARMAN
*Pro Hac Vice*
Hogan Lovells US, LLP
600 Brickell Avenue, 27th Floor
Miami, Florida 33131
Phone: (305) 459-6500
Fax: (305) 459-6550
stephanie.carman@hoganlovells.com
*Attorneys for Defendants*