# IN THE UNITED STATES DISTRICT COURT
# FOR THEWESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 13-00449-CV-BCW |
| v. | |
| VITAS HOSPICE SERVICES, L.L.C., et al., | |
| Defendants. | |

## CERTIFICATION PURSUANT TO LOCAL RULE 26.4

The United States' undersigned counsel certifies that Plaintiff United States of America's Expert Report of Pamela S. Harris, M.D. to Vitas Hospice Services, L.L.C. was served on the 19th day of April, 2017 to the following persons by email. A copy of this certification was electronically filed with the Clerk of the Court using the CM/ECF system on this 20th day of April, 2017.

| | |
|---|---|
| Peter S. Spivack | peter.spivack@hoganlovells.com |
| Stephanie L. Carman | stephanie.carman@hoganlovells.com |
| Mark Sterling | mark.sterling@hoganlovells.com |
| Natalie Sinicrope | natalie.sinicrope@hoganlovells.com |
| Catherine A. Byrd | catherine.byrd@hoganlovells.com |
| | |
| Stacey Meyer Bowman | stacey.bowman@huschblackwell.com |
| Harvey M. Tettlebaum | harvey.tettlebaum@huschblackwell.com |
| | |
| Robert W. Liles | rliles@lilesparker.com |
| David P. Parker | dparker@lilesparker.com |
| Rebecca Reed | rreed@lilesparker.com |
| | |
| John E. Clark | clark@goodelaw.com |
| Rand J. Riklin | riklin@goodelaw.com |
| | |
| Gary M. Grossenbacher | gmgtex@austin.rr.com |

| | |
|---|---|
| Glenn Grossenbacher | glenn@gglawtx.com |
| Jason Idell | jason@idellpllc.com |
| Anthony Louis Dewitt | aldewitt@sprintmail.com, lisagroves@earthlink.net |
| Jeffrey I. Cummings | jcummings@lawmbg.com |
| Judson H. Miner | jminer@lawmbg.com |
| Douglas N. Ghertner | dghertner@sbg-law.com |
| Stephen P. Horn | shorn@sbg-law.com, atyler@sbg-law.com, msantellan@sbg-law.com |
| Sidney R. Berger | sidberger@sbcglobal.net |
| Niall P. McCarthy | nmccarthy@cpmlegal.com |
| Justin T. Berger | jberger@cpmlegal.com |
| Eric J. Buescher | ebuescher@cpmlegal.com |
| Barbara Frankland | bfrankland@midwest-law.com |

Dated: April 20th, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

TAMMY DICKINSON
United States Attorney

THOMAS M. LARSON
First Assistant United States Attorney
LUCINDA S. WOOLERY
Assistant United States Attorney

LINDSEY BERAN
Special Assistant United States Attorney

Charles E. Whittaker, Courthouse
400 E. 9th Street
Kansas City, MO 64106
Telephone: 816-426-3122
Facsimile: 816-426-4210
Cindi.Woolery@usdoj.gov
Tom.Larson@usdoj.gov

 */s/ Natalie A. Priddy*
MICHAEL D. GRANSTON
ANDY MAO
NATALIE A. PRIDDY
CAROLYN B. TAPIE
WILLIAM E. OLSON
SHANA T. MINTZ
ALEXANDER POGOZELSKI

Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-305-3669

ATTORNEYS FOR THE UNITED STATES