IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 13-00449-CV-BCW |
| v. | |
| VITAS HOSPICE SERVICES, L.L.C., et al., | |
| Defendants. | |

**CERTIFICATION PURSUANT TO LOCAL RULE 26.4**

The United States' undersigned counsel certifies that Plaintiff United States of America's Second Supplemental Expert Report of Rebecca L. Yamarik, MD, FAAHPM and Supplemental Expert Report of Forrest J. Duvall to Vitas Hospice Services, L.L.C. were served on the 4th day of May, 2017 to the following persons by email.  A copy of this certification was electronically filed with the Clerk of the Court using the CM/ECF system on this 4th day of May, 2017.

| | |
|---|---|
| Peter S. Spivack | peter.spivack@hoganlovells.com |
| Stephanie L. Carman | stephanie.carman@hoganlovells.com |
| Mark Sterling | mark.sterling@hoganlovells.com |
| Natalie Sinicrope | natalie.sinicrope@hoganlovells.com |
| Catherine A. Byrd | catherine.byrd@hoganlovells.com |
| | |
| Stacey Meyer Bowman | stacey.bowman@huschblackwell.com |
| Harvey M. Tettlebaum | harvey.tettlebaum@huschblackwell.com |
| | |
| Robert W. Liles | rliles@lilesparker.com |
| David P. Parker | dparker@lilesparker.com |
| Rebecca Reed | rreed@lilesparker.com |
| | |
| John E. Clark | clark@goodelaw.com |
| Rand J. Riklin | riklin@goodelaw.com |

| | |
|---|---|
| Gary M. Grossenbacher | gmgtex@austin.rr.com |
| Glenn Grossenbacher | glenn@gglawtx.com |
| Jason Idell | jason@idellpllc.com |
| Anthony Louis Dewitt | aldewitt@sprintmail.com, lisagroves@earthlink.net |
| Jeffrey I. Cummings | jcummings@lawmbg.com |
| Judson H. Miner | jminer@lawmbg.com |
| Douglas N. Ghertner | dghertner@sbg-law.com |
| Stephen P. Horn | shorn@sbg-law.com, atyler@sbg-law.com, msantellan@sbg-law.com |
| Sidney R. Berger | sidberger@sbcglobal.net |
| Niall P. McCarthy | nmccarthy@cpmlegal.com |
| Justin T. Berger | jberger@cpmlegal.com |
| Eric J. Buescher | ebuescher@cpmlegal.com |
| Barbara Frankland | bfrankland@midwest-law.com |

Dated: May 4th, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

THOMAS M. LARSON
Acting United States Attorney

LUCINDA S. WOOLERY
Assistant United States Attorney

LINDSEY BERAN
Special Assistant United States Attorney

Charles E. Whittaker, Courthouse
400 E. 9th Street
Kansas City, MO 64106
Telephone: 816-426-3122
Facsimile: 816-426-4210
Cindi.Woolery@usdoj.gov
Tom.Larson@usdoj.gov

 */s/ Natalie A. Priddy*
MICHAEL D. GRANSTON
ANDY MAO
NATALIE A. PRIDDY
CAROLYN B. TAPIE
WILLIAM E. OLSON
SHANA T. MINTZ
ALEXANDER POGOZELSKI

Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-305-3669

ATTORNEYS FOR THE UNITED STATES

3