# IN THE UNITED STATES DISTRICT COURT
## FOR THEWESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff,          Case No. 13-00449-CV-BCW

        v.

VITAS HOSPICE SERVICES, L.L.C.,
et al.,

                              Defendants.

## JOINT MOTION FOR STAY AND
## RELIEF FROM SCHEDULING ORDER DEADLINES
(with supporting suggestions incorporated)

The parties have reached a framework for settlement of the claims in this action, pending further necessary approvals.  The parties move the Court to stay the action and to relieve the parties from compliance with all deadlines in the current Scheduling Order for 60 days.  In support of these requests, the parties state as follows:

Further discussions and negotiation are required to complete an agreement and draft a final settlement document.  Authority for the settlement and approval of the final settlement agreement must be obtained from the relevant government officials at the Department of Justice and the Department of Health and Human Services, and Defendants' Board of Directors.  The parties anticipate the entire settlement process will take at least 60 days.

Wherefore, the parties request the Court to enter an order staying the action and relieving the parties from compliance with all deadlines in the Scheduling Order for a period of 60 days.

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

THOMAS M. LARSON
Acting United States Attorney

LUCINDA S. WOOLERY
Assistant United States Attorney

LINDSEY BERAN
Special Assistant United States Attorney

Charles E. Whittaker, Courthouse
400 E. 9th Street
Kansas City, MO 64106
Telephone: 816-426-3122
Facsimile: 816-426-4210
*Cindi.Woolery@usdoj.gov*


By:     */s/ Natalie Priddy*
        MICHAEL D. GRANSTON
        CAROLYN B. TAPIE
        WILLIAM E. OLSON
        NATALIE A. PRIDDY
        ALEXANDER POGOZELSKI

        Attorneys, Civil Division
        United States Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: 202-305-3669

        ATTORNEYS FOR THE UNITED STATES

        ***/s/ Stacey M. Bowman***
        STACEY M. BOWMAN
        Husch Blackwell LLP
        4801 Main Street, Suite 1000
        Kansas City, MO 64112
        Phone: (816) 983-4665
        stacey.bowman@huschblackwell.com

HARVEY M. TETTLEBAUM
Husch Blackwell LLP – JCMO
P.O. Box 1251
235 E. High St.
Jefferson City, MO 65102
Phone: 573-635-9118
harvey.tettlebaum@huschblackwell.com

PETER SPIVACK
*Pro Hac Vice*
Hogan Lovells US, LLP
555 13th Street NW
Washington, DC 20004-1109
Phone: (202) 637-5600
peter.spivack@hoganlovells.com

STEPHANIE L. CARMAN
*Pro Hac Vice*
Hogan Lovells US, LLP
600 Brickell Avenue, 27th Floor
Miami, Florida 33131
Phone: (305) 459-6500
Fax: (305) 459-6550
stephanie.carman@hoganlovells.com

ATTORNEYS for DEFENDANTS


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2017 the foregoing was filed via CM-ECF, which will automatically serve a copy upon all counsel of record.

/s/ *Lucinda S. Woolery*
Lucinda S. Woolery
Assistant United States Attorney