IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:13-cv-00449-BCW |
| ) | |
| VITAS HOSPICE SERVICES, L.L.C., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **JOINT MOTION FOR EXTENSION OF DEADLINE**
(with supporting suggestions incorporated)

The parties, by and through their attorneys, hereby respectfully request that this Court enter an Order extending by 60 days the deadline to reopen this case. In support of these requests, the parties state as follows:

Pursuant to the Order of Dismissal, Dkt. 431, the parties have until March 19, 2018 to perfect the settlement in this case. Until that date, any party may move to reopen the case. As of today, the related Illinois state action, No. 14L2786, remains open pending execution of the settlement agreement between the Vitas Defendants and the State of Illinois. Because the state action will likely be dismissed in a matter of weeks, we move that the March 19 deadline to reopen this case be extended by 60 days to allow for the resolution of the state action.

WHEREFORE, the parties request the Court enter an order extending the deadline to reopen this case by 60 days.

Respectfully submitted,

 /s/ Stacey M. Bowman
Stacey M. Bowman #60778
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000

Kansas City, Missouri 64112
Phone: 816-983-8000
Fax: 816-983-8080
stacey.bowman@huschblackwell.com

Harvey M. Tettlebaum #20005
HUSCH BLACKWELL LLP
235 East High Street, Suite 200
P. O. Box 1251
Jefferson City, Missouri 65101
Phone: 573-635-9118
Fax: 573-634-7854
harvey.tettlebaum@huschblackwell.com

Peter S. Spivack *Pro Hac Vice*
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004-1109
Phone: 202-637-5600
Fax: 202-637-5910
peter.spivack@hoganlovells.com

Stephanie L. Carman *Pro Hac Vice*
HOGAN LOVELLS US LLP
600 Brickell Avenue, 27th Floor
Miami, Florida 33131
Phone: 305-459-6500
Fax: 305-459-6550
stephanie.carman@hoganlovells.com

*Attorneys for Defendants*

By: /s/ Lucinda S. Woolery

CHAD READLER
Acting Assistant Attorney General

THOMAS M. LARSON
Acting United States Attorney

LUCINDA S. WOOLERY
Assistant United States Attorney

LINDSEY BERAN
Special Assistant United States Attorney

2

Charles E. Whittaker, Courthouse
400 E. 9th Street
Kansas City, MO 64106
Telephone: 816-426-3122
Facsimile: 816-426-4210
Cindi.Woolery@usdoj.gov

By: /s/ Natalie Priddy

MICHAEL D. GRANSTON
CAROLYN B. TAPIE
WILLIAM E. OLSON
NATALIE A. PRIDDY
ALEXANDER POGOZELSKI

Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-305-3669

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, a true copy of the foregoing to be furnished via CM/ECF to all counsel of record.

/s/ Stacey M. Bowman
Stacey M. Bowman #60778